IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL LEPPIEN,
    Plaintiff,
    v.
WEXFORD HEALTH SOURCES, INC.,
et al.,
    Defendants

Case No. 3:15-cv-110-KRG-KAP

### Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on August 16, 2017, ECF no. 100, recommending that the Defendants' Joint Motion to Enforce Settlement, ECF no. 95 be granted.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After *de novo* review of the record of this matter despite the lack of objections thereto, and the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of October, 2017, it is ORDERED that the Defendants' Joint Motion to Enforce Settlement, ECF no. 95 is granted. The parties are bound by the terms of the Settlement Agreement and Releases of All Claims filed under seal, and shall promptly comply with the terms set forth therein. The Complaint is dismissed with prejudice.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF

2