RECEIVED
JUN - 1 2018
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Daniel Leppien LC2472
SCI Somerset
1600 Walters Mill Rd.
Somerset, PA 15510

Daniel Leppien vs. Wexford Health Services, Inc. et al
case number: 18-1257
District Case number: 3-15-cv-00110

Your Honorable Judge Kim R. Gibson,

 I am writing you to inform you of a violation that has occured in my case, that was brought before you on Oct. 3, 2017. It was decided that the prison Health Care corporation, Wexford Health Services Inc) would get me into see the proper medical doctors to deal with all my medical needs, within the 60 day period that was specified. It has now been over 7months since your decision and I have still yet to see anyone due to my medical needs or operations. I have wrote numerous Sick Call slips to medical here and they have not done any medical procedures or even addressed any medical issues. This is a violation of our plea agreement.
I need these procedures done because it not only affects me physically but it is affecting my mental health. Everyday that goes by I get more depressed and feel that everyone in the world is against me.

I ask that this matter be looked into, and something be done to correct this at the earliest convienance

Sincerly,

Daniel Leppien
LC2472