ALD-201                                                                                                May 10, 2018

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **18-1257**

DANIEL LEPPIEN, Appellant

    VS.

WEXFORD HEALTH SOURCES, INC., ET AL.

    (W.D. Pa. Civ. No. 3-15-cv-00110)

Present:    MCKEE, VANASKIE, and SCIRICA, Circuit Judges

    Submitted by the Clerk for possible dismissal due to a jurisdictional defect is the above-captioned case.

    Respectfully,

    Clerk

_____ORDER_____

    Appellant seeks to appeal the order of the District Court entered on October 3, 2017. However, appellant did not file his notice of appeal – which is dated January 26, 2018 – until February 6, 2018, well beyond the 30-day appeal period. See Fed. R. App. P. 4(a)(1)(A). Because appellant's notice of appeal was untimely, this Court lacks jurisdiction over this appeal. See Bowles v. Russell, 551 U.S. 205, 214 (2007).

    By the Court,

    s/ Thomas I. Vanaskie
    Circuit Judge

Dated: June 6, 2018
CLW/cc: Mr. Daniel Leppien
    Samuel H. Foreman, Esq.
    Benjamin M. Lombard, Esq.
    Sean A. Kirkpatrick, Esq.
    Cassidy L. Neal, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate